UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| CHRIS HAWKINS, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| GULF COAST LAND GROUP, LLC, | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF REMOVAL**

Defendant, Gulf Coast Land Group, LLC ("GCL") respectfully removes this case from the Third Judicial Circuit Court in and for Taylor County, Florida, to the United States District Court for the Northern District of Florida.

GCL appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1. On February 20, 2026, Plaintiff commenced this case against GCL in the Third Judicial Circuit Court in and for Taylor County, Florida, Docket No. 26-23-CA.

2. On February 24, 2026, Plaintiff served GCL with a copy of the Summons and Complaint. Pursuant to 28 U.S.C. §1446(b)(1) a copy of the Summons and Complaint are attached hereto as Exhibit 1.

3. GCL has not made an appearance in the case and has not served responsive pleadings to the Complaint, and no orders have been issued in this case.

4. In accordance with 28 U.S.C. §1446(b)(1), GCL files this Notice of Removal within 30 days of service of the Complaint on GCL.

5. Plaintiff alleges he is an individual residing in Taylor County, Florida.

6. GCL is an Alabama entity in good standing c/o 212 W. Troy Street, Ste B, Dothan, Alabama 36303.

7. Plaintiff alleges CGL, through its vendor, sent Plaintiff a text message outside of permissible hours as pronounced in 47 U.S.C. §227.

8. Thus, this case is a civil action premised upon alleged violation of Federal law, vesting it with original jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441.

9. Pursuant to 28 U.S.C. §1441(d), GCL promptly will file a copy of this Notice of Removal with the Clerk of the Third Judicial Circuit in and for Taylor County, Florida.

10. GCL will file a certified or attested copy of the State Court record within 14 days of filing this Notice of Removal.

WHEREFORE, CGL respectfully removes the case now pending in the Third Judicial Circuit in and for Taylor County, Florida, Docket No. 26-23-CA.

Respectfully submitted,
GULF COAST LAND GROUP, LLC
By its attorneys,
Hoefle Phoenix, Gormley & Roberts, PLLC

Dated: March 17, 2026

By: /s/ Lawrence B. Gormley_______________

Lawrence B. Gormley, NH Bar #9999
127 Parrott Avenue
Portsmouth, NH 03801
(603) 436-0666
lgormley@hpgrlaw.com

Certificate of Service

A copy of the foregoing Notice of Removal has this day been forwarded via CM/ECF to counsel for Plaintiff, The Law Offices of Jibrael S. Hindi, Mitchell D. Hansen, mitchell@jibraellaw.com; Zane C. Hedaya, zane@jibraellaw.com; Gerald D. Lane, Jr., gerald@jibraellaw.com.
Jibrael S. Hindi, Esq.

Dated: March 17, 2026

/s/Lawrence B. Gormley
Lawrence B. Gormley